|  |  |
|---|---|
| | **FILED**<br>July 9, 2007<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br><br>DEPUTY CLERK |

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>OSCAR CAMPOS PADILLA,            )<br>                                 )<br>            Defendant.           ) | Case No. MAG. 07-0207-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release OSCAR CAMPOS PADILLA, Case No. MAG. 07-0207-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  _X_   Bail Posted in the Sum of $200,000.00.

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Bond paperwork to be filed with the Court within 10 days from the date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 9, 2007  at 2:30 AM

By _____
   Edmund F. Brennan
   United States Magistrate Judge